# Court of Appeals
# of the State of Georgia

ATLANTA, __July 10, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0434.  SHARON MAHDI v. GREEN TREE SERVICING, LLC et al.**

Sharon Mahdi filed this application for discretionary appeal from the trial court's order granting summary judgment to three of the defendants in this wrongful foreclosure action.  Orders granting summary judgment may be appealed directly; no application is necessary.  See OCGA § 9-11-56 (h); *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).[1]  If a party applies for discretionary review of a directly appealable order, we will grant the application under OCGA § 5-6-35 (j). Thus, this application for discretionary appeal is hereby GRANTED.  Mahdi shall have ten days from the date of this order to file a notice of appeal, if she has not already done so.  The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/10/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Based on the sparse application materials, no provision of OCGA § 5-6-35 appears to apply here.